450 A.2d 1053

Commonwealth v. Sopin, Appellant.

Petition for Allowance of Appeal
Denied Dec. 22, 1982.

Argued May 11, 1982. Craig Sopin, appellant, in propria persona; Anthony Watkins, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Appeal quashed.